**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax: (973) 297-2010*

July 15, 2026

**Via ECF**
Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 08608

**Re: *Tzep Tambriz v. Tsoukaris, et al.*, No. 26-8188 (KSH)**
**Status Update: Petitioner's Detention Location**

Dear Judge Hayden:

This Office represents Respondents in this habeas action. We respectfully write to update the Court regarding Petitioner's location.

On July 4, 2026, the Court entered a text order enjoining Respondents from transferring Petitioner from New Jersey pending further order from the Court. *See* ECF No. 3. This Office notified U.S. Immigration and Customs Enforcement ("ICE") of the order within an hour of its docketing, and ICE confirmed receipt shortly thereafter.

Earlier today, Petitioner's counsel notified this Office that Petitioner may have been transferred from New Jersey following entry of the Court's text order. This Office promptly contacted ICE to seek clarification as to Petitioner's location. We also conferred with Petitioner's counsel to let counsel know we were working to get clarification as soon as possible.

Upon review, ICE confirmed that Petitioner was inadvertently transferred from New Jersey to Louisiana on July 14, 2026. According to ICE, due to an administrative oversight, ICE personnel sent the no-transfer order to an incorrect e-mail address, and as a result, it appears that the order was never received by the appropriate staff at ICE Enforcement and Removal Operations. As soon as the error surfaced today, ICE began to take steps to return Petitioner to New Jersey.

ICE has further confirmed that Petitioner is currently scheduled to return to New Jersey on July 19, 2026. We have conveyed this information to Petitioner's counsel, and respectfully propose that the Court permit Respondents to file another status update once Petitioner's return has been effectuated, confirming the date and time of Petitioner's return to New Jersey. We appreciate Petitioner's counsel reaching out to us and providing us with an opportunity to seek clarification and work to remedy this issue.

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

SO ORDERED this day of July 16, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

By: *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Acting Deputy Chief, Civil Division
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)